# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL McCAW,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF LOS ANGELES,<br><br>    Defendant. | Case No. CV 22-01635-PA (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered granting Defendants' Motion to Dismiss and dismissing this lawsuit without prejudice for failure to prosecute.

Date:  September 16, 2025

                                                                 _____<br>
                                                                 PERCY ANDERSON<br>
                                                           United States District Judge