JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL McCAW, | Case No. CV 22-01635-PA (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE CITY OF LOS ANGELES, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion to Dismiss is granted and this lawsuit is dismissed without prejudice for failure to prosecute.

Date: September 16, 2025

PERCY ANDERSON
United States District Judge